**LORI B. SCHOENBERG**
California State Bar No. 212972
**LAW OFFICES OF LORI B. SCHOENBERG**
611 Wilshire Boulevard, Suite 1006
Los Angeles, CA 90017
Tel.:     (213) 622-2565
Fax:     (888) 509-6716
Email:   lori.schoenberg.esq@gmail.com

Attorney for Petitioner Jarold Marevich Rueda Padilla

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JAROLD MAREVICH RUEDA PADILLA, [A246-019-746],<br><br>Petitioner,<br><br>v.<br><br>MARK BOWEN, ACTING WARDEN, ADELANTO ICE PROCESSING CENTER; ERNESTO SANTACRUZ, JR., ACTING FIELD OFFICE DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, ICE LOS ANGELES FIELD OFFICE; TODD M. LYONS, ACTING DIRECTOR, UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; AND PAMELA JO BONDI, ATTORNEY GENERAL,<br><br>Respondents. | Case No. 2:25-cv-10780-CAS-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT |

# ORDER

On November 10, 2025, Jarold Marevich Rueda Padilla ("Petitioner") filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and complaint for declaratory and injunctive relief against Mark Bowen, Ernesto Santacruz Jr., Todd M. Lyons, Kristi Noem, and Pamela Jo Bondi (collectively, "Respondents"). Dkt. 1 ("Petition"). On November 10, 2025, Petitioner filed an Application For Issuance of Order to Show Cause, pursuant to 28 U.S.C. § 2243. Dkt. 4 ("Application").

On November 13, 2025, the Court enjoined Respondents from relocating Petitioner outside the Central District of California until further order of the Court permitting Petitioner to be relocated. Dkt. 5.

Upon review of Petitioner's Application and Petition, the Application is **GRANTED.** Pursuant to 28 U.S.C. § 2243, the Court orders, as follows:

Respondents shall file a return on the Order to Show Cause why the Petition for Writ of Habeas Corpus should not be granted no later than Tuesday, November 18, 2025, at 5:00 p.m. Petitioner may file a reply to Respondents' return on the Order to Show Cause no later than Wednesday, November 19, 2025, at 5:00 p.m. The Court will thereafter take the matter under submission.

Petitioner is ordered to serve this Order to Show Cause on Respondents forthwith and thereafter file a proof of service.

**IT IS SO ORDERED.**

Date: November 14, 2025

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE